# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

**RECEIVED**

APR 26 2022

Clerk, U.S. District Court
Juneau, AK

WILLIAM CAROl CLARKE
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

KEVIN MEYER
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:22-CV-00041 RRB
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WILLIAM C CLARKR

Address      8715 TEAL STREET

JUNEAU      AK      99801
     City      State      Zip Code

County

Telephone Number      907-419-7077

E-Mail Address      123456 IndACA @ GMAIL.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      KEVIN MEYER

Job or Title *(if known)*      Lt. GOVERNOR

Address      120 4TH STREET

JUNEAU      AK      99801
     City      State      Zip Code

County

Telephone Number      907-465-3743

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

Defendant No. 2

Name      SHELLEY HughES

Job or Title *(if known)*      SENATOR

Address      120 4TH STREET

JUNEAU      AK      99801
     City      State      Zip Code

County

Telephone Number      907-465-3743

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

Defendant No. 3
    Name                     TOM BEGICH
    Job or Title *(if known)*   SENATOR
    Address                120 4TH STREET
                          JUNEAU       AK      99801
                               *City*          *State*       *Zip Code*
    County
    Telephone Number     907-465-3704
    E-Mail Address *(if known)*

    ☐ Individual capacity     ☒ Official capacity

Defendant No. 4
    Name                     Click Bishop
    Job or Title *(if known)*   ~~120 4TH STREET~~ SENATOR
    Address                120 4TH STREET
                          JUNEAU       AK      99801
                               *City*          *State*       *Zip Code*
    County
    Telephone Number     907-465-2327
    E-Mail Address *(if known)*

    ☐ Individual capacity     ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1ST AMENDMENT THROUGH THE 12TH AMENDMENT.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. 1st AMENDMENT THROUGH 12th AMENDMENT

CHAPTER 77 2319
CHAPTER 73 1510, 1512, 1513, 1518, 1519
18 USC 19.61 1030, 1035

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? JUNEAU ALASKA

B. What date and approximate time did the events giving rise to your claim(s) occur?
DATE THREE SESSION 1-19-22 → ~~4-23-22~~ CONTINUOUS DAILY
4-23-22

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* ALL DEFENDANTS
CO CONSPIRED WITH GOVERNOR DUNLEAVY, MAYOR BETH WELDON
ATTORNEY GENERAL TREG TAYLOR, DISTRICT ATTORNEYS ANGIE KEMP
AMY FENSKE TO TRAFFIC ME, STEAL MUSIC, MOVIES, BOOKS,
TRAFFIC ME IN ILLEGAL CHILD PORN, PORN, INTELLECTUAL PROPERTY
MAKE SURE I DID NOT HAVE THE FINANCES TO RUN
FOR POLITICAL OFFICE, AND CO CONSPIRED WITH FEDERAL
OFFICIALS, BRIBED OFFICIALS, ILLEGAL CAMPAIGN FINANCING
RECEIVED FROM CNN AND OTHER SOURCES! TAMPERED WITH
LAW ENFORCEMENT!

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. PART OF THE CASE is EXPLAINABLE UNDER 18 USC 1035, 19.61. Still NEED PROPER EVIDENCE COLLECTION EVEN FOR SAUDME AND ATTEMPTED STERALIZATION!

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. HUNDREDS OF MILLIONS IN DAMAGES! AS WELL AS ARREST AND PROSECUTE ALL PARTICIPANTS AND CORRUPT LAW ENFORCEMENT!

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-23-22

Signature of Plaintiff    _William Clarke_

Printed Name of Plaintiff    WILLIAM C CLARKE

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM C CLARKE

Address 871 S TRAIL STREET

JUNEAU       AK       99801
*City*        *State*       *Zip Code*

County

Telephone Number 907-419-7077

E-Mail Address 123456 FndACA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name ELVI GRAY-JACKSON

Job or Title *(if known)* SENATOR

Address 120 4TH STREET

JUNEAU       AK       99801
*City*        *State*       *Zip Code*

County

Telephone Number 907-465-4930

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name LYMAN HOFFMAN

Job or Title *(if known)* SENATOR

Address 120 4TH STREET

JUNEAU       AK       99801
*City*        *State*       *Zip Code*

County

Telephone Number 907-465-4453

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _____

Address _____

_____

| | City | State | Zip Code |
|---|---|---|---|

County _____

Telephone Number _____

E-Mail Address _____

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name *ROGER HOLLAND*

Job or Title *(if known)* *SENATOR*

Address *120 4TH STREET*

*JUNEAU* *AK* *99801*

City · State · Zip Code

County _____

Telephone Number *907-465-4843*

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name ~~Scott How~~ *Scott KAWASAKI*

Job or Title *(if known)* *SENATOR*

Address *120 4TH STREET*

*JUNEAU* *AK* *99801*

City · State · Zip Code

County _____

Telephone Number *907-465-3466*

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      William C Clark

Address      8715 Trai Street

     Junkau     AK     99801

        *City*         *State*      *Zip Code*

County

Telephone Number      907-419-7077

E-Mail Address      123456 Indaca @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      Jesse Kiehl

Job or Title *(if known)*      Senator

Address      120 4th Street

     Junkau     AK     99801

        *City*         *State*      *Zip Code*

County

Telephone Number      907-465-4947

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name      Robert Meyers

Job or Title *(if known)*      Senator

Address      120 4th Street

     Junkau     AK     99801

        *City*         *State*      *Zip Code*

County

Telephone Number      907-465-3719

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _____

Address _____

_____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address _____

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name        *Donny Olson*

Job or Title *(if known)*    *Senator*

Address     *120 4th Street*

            *Juneau        AK      99801*

            City          State    Zip Code

County

Telephone Number    *907-465-3707*

E-Mail Address *(if known)*

[ ] Individual capacity    [X] Official capacity

Defendant No. 2

Name        *Bill Wielechowski*

Job or Title *(if known)*    *Senator*

Address     *120 4th Street*

            *Juneau        AK      99801*

            City          State    Zip Code

County

Telephone Number    *907-465-2435*

E-Mail Address *(if known)*

[ ] Individual capacity    [X] Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      _William C Clarke_

Address      _8715 Trail Street_

     _Junkau_     _AK_     _99801_
        *City*       *State*       *Zip Code*

County

Telephone Number     _907-419-7077_

E-Mail Address     _123456 Indaca @ Gmail.com_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      _David Wilson_

Job or Title *(if known)*     _Senator_

Address      _120 4th Street_

     _Junkau_     _AK_     _99801_
        *City*       *State*       *Zip Code*

County

Telephone Number     _907-465-3878_

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name      _Louise Stutes_

Job or Title *(if known)*     _Representative_

Address      _120 4th Street_

     _Junkau_     _AK_     _99801_
        *City*       *State*       *Zip Code*

County

Telephone Number     _907-465-2487_

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ~~illegible~~ William C CLARKE |
| Address | |

| | | |
|---|---|---|
| City | State | Zip Code |

County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name CATHY tilton
Job or Title *(if known)* REPRESENATIVE
Address 120 4TH STREET

| | | |
|---|---|---|
| JUNEAU | AK | 99801 |
| City | State | Zip Code |

County
Telephone Number 907-465-2199
E-Mail Address *(if known)*

[ ] Individual capacity  [X] Official capacity

Defendant No. 2

Name BEN CARPENTER
Job or Title *(if known)* REPRESENATIVE
Address 120 4TH STREET

| | | |
|---|---|---|
| JUNEAU | AK | 99801 |
| City | State | Zip Code |

County
Telephone Number 907-465-3779
E-Mail Address *(if known)*

[ ] Individual capacity  [X] Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      *William C Clarke*

Address      *8715 Taku Street*

     *Junsau*      *AK*      *99801*
     City          State          Zip Code

County

Telephone Number      *907-419-7077*

E-Mail Address      *123456 IndAca @ Gmail.com*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      *Matt Claman*

Job or Title *(if known)*      *Representative*

Address      *120 4th Street*

     *Junsau*      *AK*      *99801*
     City          State          Zip Code

County

Telephone Number      *907-465-4919*

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name      *Mike Cronk.*

Job or Title *(if known)*      *Rep.*

Address      *120 4th Street*

     *Junsau*      *AK*      *99801*
     City          State          Zip Code

County

Telephone Number      *907-465-4527*

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _____

Address _____

_____

|  | City | State | Zip Code |
|---|---|---|---|

County _____

Telephone Number _____

E-Mail Address _____

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _HARRIET DRUMMOND_

Job or Title *(if known)* _REP._

Address _120 4TH STREET_

_JUNEAU         AK        99801_

| City | State | Zip Code |
|---|---|---|

County _____

Telephone Number _907-465-3875_

E-Mail Address *(if known)* _____

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name _BRYCE EDGMON_

Job or Title *(if known)* _REP_

Address _120 4TH STREET_

_JUNEAU         AK        99801_

| City | State | Zip Code |
|---|---|---|

County _____

Telephone Number _907-465-4451_

E-Mail Address *(if known)* _____

☐ Individual capacity  ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     William C Clarka

Address     8715 Teal Street

Junkau     AK     99801
*City*     *State*     *Zip Code*

County

Telephone Number     907-419-7077

E-Mail Address     123456 Indaca @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     Zack Fields

Job or Title *(if known)*     Rep.

Address     120 4th Street

Junkau     AK     99801
*City*     *State*     *Zip Code*

County

Telephone Number     907-465-2647

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

Name     Neal Foster

Job or Title *(if known)*     Rep.

Address     120 4th Street

Junkau     AK     99801
*City*     *State*     *Zip Code*

County

Telephone Number     907-465-3789

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _____

Address _____

_____

| _____ | _____ | _____ |
| City | State | Zip Code |

County _____

Telephone Number _____

E-Mail Address _____

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _____RONALD GILLHAM_____

Job or Title *(if known)* _____REP._____

Address _____120 4TH STREET_____

| JUNEAU | AK | 99801 |
| City | State | Zip Code |

County _____

Telephone Number _____907-465-2693_____

E-Mail Address *(if known)* _____

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name _____SARA HANNAN_____

Job or Title *(if known)* _____REP._____

Address _____120 4TH STREET_____

| JUNEAU | AK | 99801 |
| City | State | Zip Code |

County _____

Telephone Number _____907-465-4766_____

E-Mail Address *(if known)* _____

☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    William C Clarkr

Address    8715 Trai Street

Junrau    AK    99801
*City*    *State*    *Zip Code*

County

Telephone Number    907-419-7077

E-Mail Address    123456 IndAcA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Grier Hopkins

Job or Title *(if known)*    Rep.

Address    120 4th Street

Junrau    AK    99801
*City*    *State*    *Zip Code*

County

Telephone Number    907-465-4457

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    Delena Johnson

Job or Title *(if known)*    Rep.

Address    120 4th Street

Junrau    AK    99801
*City*    *State*    *Zip Code*

County

Telephone Number    907-465-4958

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name

Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

County

Telephone Number

E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name KEN MCCARTY

Job or Title *(if known)* REP

Address 120 4th STREET

| JUNEAU | AK | 99801 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number 907-465-3783

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name TOM MCKAY

Job or Title *(if known)* REP

Address 120 4th STREET

| JUNEAU | AK | 99801 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number 907-465-4993

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM C CLARKR

Address 8715 TRAI STRRRT

Junkau    AK    99801
City    State    Zip Code

County

Telephone Number 907-419-7077

E-Mail Address 123456 INDACA @ GMAIL. COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name KELLY MRRRICK

Job or Title (if known) SEN.

Address 120 4TH ST.

Junkau    AK    99801
City    State    Zip Code

County

Telephone Number 907-465-3777

E-Mail Address (if known)

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name DAVID NRLSON

Job or Title (if known) REP.

Address 120 4TH ST.

Junkau    AK    99801
City    State    Zip Code

County

Telephone Number 907- 465-4998

E-Mail Address (if known)

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address | | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | DAN ORTIZ | | |
| Job or Title *(if known)* | REP. | | |
| Address | 120 4TH ST. | | |
| | JUNEAU | AK | 99801 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | 907-465-3824 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☒ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | JOSIAH PATKOTAK | | |
| Job or Title *(if known)* | REP. | | |
| Address | 120 4TH ST. | | |
| | JUNEAU | AK | 99801 |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | 907-465-3473 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name William C Clark

Address 8715 TRAI STREET

Junhau Alaska 99801

<table>
<tr><td></td><td>City</td><td>State</td><td>Zip Code</td></tr>
</table>

County

Telephone Number 907-419-7077

E-Mail Address 123456 FndACA @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name Mikr PRAX

Job or Title *(if known)* REP

Address 120 4th ST.

Junhau AK 99801

<table>
<tr><td></td><td>City</td><td>State</td><td>Zip Code</td></tr>
</table>

County

Telephone Number 907-465-4797

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name SARA RASSMUSSEN

Job or Title *(if known)* REP.

Address 120 4th STREET

Junhau AK 99801

<table>
<tr><td></td><td>City</td><td>State</td><td>Zip Code</td></tr>
</table>

County

Telephone Number 907-465-3892

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.     The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ~~GEORGE RAUSCHER~~ |
| Address | |
| | ~~City~~        ~~State~~        ~~Zip Code~~ |
| | *City*              *State*              *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address | |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | GEORGE RAUSCHER |
| Job or Title *(if known)* | REP |
| Address | 120 4th ST |
| | JUNEAU        AK        99801 |
| | *City*              *State*              *Zip Code* |
| County | |
| Telephone Number | 1-907-465-4859 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | CALVIN SCHRAGR |
| Job or Title *(if known)* | REP. |
| Address | 120 4th ST. |
| | JUNEAU        AK        99801 |
| | *City*              *State*              *Zip Code* |
| County | |
| Telephone Number | 907-465-4931 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     _William C Clarke_
Address     _8715 Trail Street_
    _Juneau_     _AK_     _99801_
         City        State        Zip Code
County
Telephone Number     _907-419-7077_
E-Mail Address     _123456EndAck@Gmail.com_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     _Laddie Shaw_
Job or Title *(if known)*     _REP_
Address     _120 4th ST._
    _Juneau_     _AK_     _99801_
         City        State        Zip Code
County
Telephone Number     _907-465-4945_
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name     _Liz Snyder_
Job or Title *(if known)*     _REP._
Address     _120 4th ST._
    _Juneau_     _AK_     _99801_
         City        State        Zip Code
County
Telephone Number     _907-465-3438_
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name

Address

|  | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _____ IVY SPOHNHOLZ _____

Job or Title (if known) _____ REP _____

Address _____ 120 4th ST. _____

|  | JUNEAU | AK | 99801 |
|---|---|---|---|
|  | City | State | Zip Code |

County

Telephone Number _____ 907-465-4940 _____

E-Mail Address (if known)

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name _____ ANDI STORY _____

Job or Title (if known) _____ REP. _____

Address _____ 120 4th ST. _____

|  | JUNEAU | AK | 99801 |
|---|---|---|---|
|  | City | State | Zip Code |

County

Telephone Number _____ 907-465-3744 _____

E-Mail Address (if known)

☐ Individual capacity ☒ Official capacity

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _William C ClarkR_
Address _8715 TRAI StRART_
_JuNRAU_ _AK_ _99801_
City / State / Zip Code

County
Telephone Number _907-419-7077_
E-Mail Address _123456 INdAcR @ GmAil.com_

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _GERAN TARR_
Job or Title *(if known)* _REP._
Address _120 4th ST._
_JuNRAU_ _AK_ _99801_
City / State / Zip Code

County
Telephone Number _907-465-3424_
E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name _STEVE THOMPSON_
Job or Title *(if known)* _REP._
Address _120 4th ST._
_JuNRAU_ _AK_ _99801_
City / State / Zip Code

County
Telephone Number _907-465-3004_
E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _____

Address _____

_____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address _____

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name *SARAH VANCE*

Job or Title *(if known)* *REP.*

Address *120 4TH ST.*

| *JUNEAU* | *AK* | *99801* |
|------|-------|----------|
| City | State | Zip Code |

County

Telephone Number *1-907-465-2689*

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name *ADAM WOOL*

Job or Title *(if known)* *REP.*

Address *120 4TH ST.*

| *JUNEAU* | *AK* | *99801* |
|------|-------|----------|
| City | State | Zip Code |

County

Telephone Number *907-465-4976*

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity




U.S. POSTAGE PAID
FCM LG ENV
JUNEAU, AK
99801
APR 25, 22
AMOUNT

**$1.96**

R2303S101517-9

1000

99802

William C Clarke
8215 Thal Street
Juneau AK 99801

U S District Court/ civil Lawsuits
P.O. Box 020349
Juneau, AK 99802